**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMIL GEORGE,**

      *Plaintiff,*

  v.

**POLICE OFFICER TIMOTHY MCGINN,
PHILADELPHIA POLICE OFFICER
TIMOTHY CLIGETT, PHILADELPHIA
POLICE OFFICER KEVIN CONWAY, SR.,
and PHILADELPHIA POLICE
OFFICER(S) JOHN DOE(S), et al.**

      *Defendants.*

**Case No. 24-cv-4253**

## ORDER

AND NOW, this 18th day of December, 2024, upon consideration of the Motion to Substitute the United States of America and Dismiss All Claims Against the United States (ECF No. 2), Plaintiff's Opposition (ECF No. 5), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the motion is **GRANTED**, and:

    1)    The United States of America is **SUBSTITUTED** for defendant Timothy Cliggett, and the Clerk of Court is directed to amend the caption accordingly; and

    2)    Plaintiff's claims against the United States of America are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction based on Plaintiff's failure to exhaust his administrative remedies.

It is **FURTHER ORDERED** that:

    1)    The remaining claims against defendants Timothy McGinn and Kevin Conway, Sr. are **REMANDED** to the Philadelphia Court of Common Pleas; and

2)      The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
MARY KAY COSTELLO, J.